# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SEILING MUNICIPAL HOSPITAL AUTHORITY,<br><br>          Plaintiff,<br><br>CAH ACQUISITION COMPANY 9, LLC, HMC/CAH CONSOLIDATED, INC., and RURAL COMMUNITY HOSPITALS OF AMERICA, LLC<br><br>          Defendants. | )<br>)<br>)<br>)<br>)   Case No. CIV-16-1143-D<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S FINAL WITNESS AND EXHIBIT LIST

Plaintiff Seiling Municipal Hospital Authority ("SMHA"), through its counsel, Crowe & Dunlevy, submits this Final Witness and Exhibit List. Discovery in this case is ongoing, and SMHA reserves the right to supplement this list as additional information comes to light.

## WITNESS LIST

| No. | Name | Address | Substance of Testimony |
|---|---|---|---|
| 1 | Corporate representative of SMHA | c/o Lysbeth George<br>Crowe & Dunlevy, P.C.<br>324 N. Robinson Ave., Suite 100<br>Oklahoma City, OK 73102 | Facts and circumstances related to the transaction between SMHA and CAH-9 and giving rise to Plaintiff's claims |
| 2 | Corporate representative of CAH Acquisition Co. 9, LLC ("CAH-9) | c/o Ryan Ray<br>Norman Wohlegmuth<br>Chandler Jeter Barnett & Ray<br>401 S. Boston Ave., Suite 2900<br>Tulsa, OK 74103 | Facts and circumstances related to the transaction between SMHA and CAH-9 and giving rise to Plaintiff's claims |

| | | | |
|---|---|---|---|
| 3 | Corporate representative of HMC/CAH Consolidated, Inc. | c/o Ryan Ray<br>Norman Wohlegmuth Chandler Jeter Barnett & Ray<br>401 S. Boston Ave., Suite 2900<br>Tulsa, OK 74103 | Facts and circumstances related to the transaction between SMHA and CAH-9 and giving rise to Plaintiff's claims |
| 4 | Corporate representative of Rural Community Hospitals of America, LLC | c/o Ryan Ray<br>Norman Wohlegmuth Chandler Jeter Barnett & Ray<br>401 S. Boston Ave., Suite 2900<br>Tulsa, OK 74103 | Facts and circumstances related to the transaction between SMHA and CAH-9 and giving rise to Plaintiff's claims |
| 5 | Corporate representative of Novitas Solutions | Subpoena to be issued | Procedures followed by Novitas to recoup a Medicare overpayment; overpayments related to cost reports made by Novitas to CAH-9; refunds of underpayments made by Novitas to CAH-9; amounts withheld by Novitas from SMHA or CAH-9 |
| 6 | Corporate representative of the Oklahoma Health Care Authority- Women, Infants, & Children Program Services Division | Subpoena to be issued | Amounts due and paid related to SMHA pursuant to the WIC Program during the relevant time period |
| 7 | All persons necessary to authenticate exhibits | | n/a |
| 8 | All additional witnesses identified through discovery | | n/a |

2

| | | | |
|---|---|---|---|
| | or otherwise | | |
| 9 | All witnesses listed by Defendants to whom Plaintiff does not object | | n/a |
| 10 | All witnesses needed for rebuttal | | n/a |
| 11 | Expert witnesses | | n/a |

## **EXHIBIT LIST**

1. Asset Purchase Agreement between Seiling Municipal Hospital Authority and CAH Acquisition Company 9, LLC dated October 1, 2014;

2. Agreements between RTG Medical and CAH Acquisition Company 9, LLC dated November 8, 2013;

3. Ronald Kaufman letter to Larry Troxell dated April 20, 2015;

4. Trent Skaggs letter to Mickey Louthan dated June 8, 2016;

5. Lysbeth George letter to Trent Skaggs dated June 14, 2015;

6. 2009-2014 Cost Reports related to the provider number assigned to SMHA;

7. Medicare and/or Medicaid Overpayment and Intent to Refer Letters from Novitas Solutions, Inc. of various dates during the relevant time period related to the provider number assigned to SMHA;

8. Medicare and/or Medicaid Tentative Settlement Letters from Novitas Solutions, Inc. of various dates during the relevant time period related to the provider number assigned to SMHA;

9. Medicare and/or Medicaid Notice of Program Reimbursement Letters from Novitas Solutions, Inc. of various dates during the relevant time period related to the provider number assigned to SMHA;

10. Medicaid and/or Medicaid Provider Remittances of various dates during the relevant time period related to the provider number assigned to SMHA;

11. Humana Automated Remittance Advices of various dates during the relevant time period related to the provider number assigned to SMHA;

12. Payment Advices of various dates during the relevant time period related to the provider number assigned to SMHA;

13. Email correspondence between Lori Creek, director of finance for RCHA and Tonja Robinson regarding bone density scanner;
14. Correspondence and documents related to the lease agreement between CAH and General Electric Capital Corporation;
15. Account records for Seiling State Bank, Acct # 2004615;
16. All discovery responses;
17. Documents relied upon by any expert witness(es);
18. Expert Report(s), if any;
19. Other documents identified through investigation or during depositions or discovery and not otherwise objected to by Plaintiffs;
20. All documents produced by Defendants not otherwise objected to by SMHA;
21. All documents produced by any third-parties in response to subpoenas;
22. Deposition transcripts and exhibits thereto; and
23. Demonstrative Exhibits not objected to by SMHA.

Respectfully submitted,

s/Lysbeth L. George
Judy Hamilton Morse, OBA # 6098
Christopher Staine, OBA #30263
Lysbeth L. George, OBA # 30562
Rachel Jordan, OBA #32704
-Of the Firm-
CROWE & DUNLEVY, PC
Braniff Building
324 N. Robinson Ave., Suite 100
Oklahoma City, OK 73102-8273
(405) 234-3245; (405) 272-5203 (Facsimile)
Judy.morse@crowedunlevy.com
Christopher.staine@crowedunlevy.com
Lysbeth.george@crowedunlevy.com
Rachel.jordan@crowedunlevy.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2017, I electronically transmitted the attached document to the Court Clerk using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to all ECF registrants:

    Ryan A. Ray
    NORMAN WOHLGEMUTH CHANDLER
    JETER BARNETT, & RAY, P.C.
    rar@nwcjlaw.com
    ATTORNEYS FOR DEFENDANTS

    s/ Lysbeth George
    Lysbeth George