# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SEILING MUNICIPAL HOSPITAL AUTHORITY,<br><br>    Plaintiff,<br><br>v.<br><br>CAH ACQUISITION COMPANY 9, LLC, HMC/CAH CONSOLIDATED, INC., and RURAL COMMUNITY HOSPITALS OF AMERICA, LLC.,<br><br>    Defendants. | Case No. CIV-16-1143-D |

## JOINT MOTION TO EXTEND DEADLINE TO REOPEN CASE

COME NOW the Plaintiff, Seiling Municipal Hospital Authority ("Plaintiff"), and Defendants, CAH Acquisition Company 9 LLC, HMC CAH Consolidated Inc., and Rural Community Hospitals of America, LLC (collectively "Defendants") by and through the undersigned counsel, and hereby request that this Court extend the deadline set forth in this Court's Administrative Closing Order [Dkt. No. 37] to reopen this case by two (2) additional weeks (or until June 12, 2018) in order to allow additional time to obtain one required signature on the related settlement agreement. A Joint Stipulation of Dismissal will be filed on or before June 12, 2018.

The parties therefore jointly request that this honorable Court extend the deadline set forth in the previously issued Administrative Closing Order to reopen this case by two (2) additional weeks (or until June 12, 2018).

Respectfully submitted,

s/Lysbeth L. George
Judy Hamilton Morse, OBA # 6098
Christopher Staine, OBA #30263
Lysbeth L. George, OBA # 30562
Rachel Jordan, OBA #32704
-Of the Firm-
CROWE & DUNLEVY, PC
Braniff Building
324 N. Robinson Ave., Suite 100
Oklahoma City, OK 73102-8273
(405) 234-3245; (405) 272-5203 (Facsimile)
Judy.morse@crowedunlevy.com
Christopher.staine@crowedunlevy.com
Lysbeth.george@crowedunlevy.com
Rachel.jordan@crowedunlevy.com

**ATTORNEYS FOR PLAINTIFF**


s/Ryan A. Ray
Ryan A. Ray, OBA # 22281
NORMAN WOHLGEMUTH CHANDLER
JETER BARNETT, & RAY, P.C.
401 S. Boston Ave.
2900 Mid-Continent Tower
Tulsa, OK 74103
Telephone: (918) 583-7571
Facsimile: (918) 584-7846
rar@nwcjlaw.com

**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 29th, 2018, I electronically transmitted the attached document to the Court Clerk using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to all ECF registrants:

        Ryan A. Ray
        NORMAN WOHLGEMUTH CHANDLER
        JETER BARNETT, & RAY, P.C.
        rar@nwcjlaw.com
        ATTORNEYS FOR DEFENDANTS

                              s/ Lysbeth George
                              Lysbeth George